1  RONALD K. LOSCH - 98170
   KEVIN J. WALLACE- 251826
2  Losch & Ehrlich - Attorneys at Law
   425 California Street, Suite 2025     **E-Filed 5/6/09**
3  San Francisco CA 94104
   Telephone: (415) 956-8400
4  Facsimile: (415) 956-2150

5  Attorneys for Plaintiffs
   Estate of Robert Cort and Vera Cort

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOE HACHO | Case No. CV 09-0157 |
| Plaintiff, | STIPULATION TO AN ORDER TRANSFERRING VENUE AND ORDER THEREON |
| v. | |
| ESTATE OF ROBERT CORT, and VERA CORT an individual, and DOES 1-10 | |
| Defendants. | |

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

STIPULATION TO AN ORDER TRANSFERRING VENUE AND ORDER THEREON, Case No. CV 09-0157

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, that the SAN FRANCISCO division of this district is the proper division for this action, as a substantial part, if not all, of the events giving rise to this action occurred in SAN FRANCISCO COUNTY, and that, therefore, this case should be transferred to the SAN FRANCISCO division of this district.

Dated:

Respectfully submitted,

LOSCH & EHRLICH

/s/ Ronald K. Losch
_____
Ronald K. Losch
Kevin J. Wallace
Attorneys for Plaintiffs Estate of Robert Cort and Vera Cort

Dated:

LAW OFFICES OF ADAM WANG

/s/ Adam Wang
_____
Adam Wang
Attorney for Plaintiff
Noe Hacho

**IT IS HEREBY ORDERED THAT** for good cause shown, this case shall be transferred to the SAN FRANCISCO division of this district for all purposes.

Dated: 5/6/09

By: _____
United States District Judge