RONALD K. LOSCH - 98170
KEVIN J. WALLACE- 251826
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone:   (415) 956-8400
Facsimile:   (415) 956-2150
Email:       rl@losch-ehrlich.com

Attorneys for Defendant
Vera Cort

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLAS ACHO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ESTATE OF ROBERT CORT, and VERA CORT an individual, and DOES 1-10<br><br>　　　　Defendants. | Case No. C 09-00157 MHP<br><br>(PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE HEARING<br><br>Date: October 5, 2009<br>Time: 3:00 PM<br>Judge: Marilyn H. Patel<br>Courtroom: 15 |

After consideration of the Plaintiff's and Defendant's stipulation to continue the Case Management Conference hearing to a date convenient for the Court sometime after the hearing on the Motion to Dismiss which is currently set for October 19, 2009, at 2:00 p.m.,

IT IS HEREBY ORDERED that the Case Management Conference hearing, currently set for October 5, 2009, be continued to ___October 19___, 2009, at 2:00 p.m.

Dated: __10/2/2009__

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*