RONALD K. LOSCH - 98170
KEVIN J. WALLACE- 251826
Losch & Ehrlich - Attorneys at Law
425 California Street, Suite 2025
San Francisco CA 94104
Telephone:    (415) 956-8400
Facsimile:    (415) 956-2150
Email:        rl@losch-ehrlich.com

Attorneys for Defendant
Vera Cort

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLAS ACHO,<br><br>              Plaintiff,<br><br>    v.<br><br>ESTATE OF ROBERT CORT, and VERA CORT an individual, and DOES 1-10<br><br>              Defendants. | Case No. C 09-00157 MHP<br><br>(PROPOSED) ORDER TO CONTINUE MEDIATION DEADLINE<br><br>Judge: Marilyn H. Patel<br>Courtroom: 15 |

After consideration of the Plaintiff's and Defendant's stipulation to continue the mediation deadline, and good cause being found,

IT IS HEREBY ORDERED that the mediation deadline, currently set for January 15, 2010, be continued to February 19, 2010.

Dated: __12/16/2009_____

*IT IS SO ORDERED*
[Signature]
Judge Marilyn H. Patel

---

(PROPOSED) ORDER CONTINUING MEDIATION DEADLINE, Case No. C 09-00157 MHP